CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michellu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (858) 375-7385

Attorneys for Plaintiff

Amanda R. Abeln-Overs (SBN 290309)
TRI-CITY HEALTHCARE DISTRICT
4002 Vista Way
Oceanside, CA 92056
Telephone: 760-940-7368
Email: abeln-oversar@tcmc.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Elizabeth Gerdes**,<br><br>    Plaintiff,<br><br>    v.<br><br>**Tri-City Healthcare District (A California Hospital District)**, and Does 1-10, Inclusive,<br><br>    Defendants. | Case 3:18-cv-02510-L-RBB<br><br>**Joint Notice of Settlement**<br><br>[Proposed] order filed concurrently herewith |

1

TO THE HONORABLE COURT:

  PLEASE TAKE NOTICE that the Parties have reached terms of settlement in this matter.  The Parties are in the process of preparing settlement documents and will file a stipulation of dismissal as soon as the settlement has been completed and executed.  The Parties anticipate that a stipulation of dismissal will be filed within thirty (30) days.

  The Parties respectfully requests that no dates be set or orders issued in this matter pending the filing of the dismissal.

Dated:  February 4, 2019

            By:   s/ Michelle Uzeta
              Michelle Uzeta, Esq.
              Attorneys for Plaintiff

Dated:  February 4, 2019     TRI-CITY HEALTHCARE
              DISTRICT

            By:   s/ Amanda R. Abeln-Overs
              Amanda R. Abeln-Overs, Esq.
              Attorneys for Defendant

Joint Notice of Settlement


**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures manual for the United States District Court of the Southern District of California, all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 4, 2019

By:   s/Michelle Uzeta
Michelle Uzeta, Esq.
Attorneys for Plaintiff

Joint Notice of Settlement
