CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michellu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (858) 375-7385

Attorneys for Plaintiff

Amanda R. Abeln-Overs (SBN 290309)
TRI-CITY HEALTHCARE DISTRICT
4002 Vista Way
Oceanside, CA 92056
Telephone: 760-940-7368
Email: abeln-oversar@tcmc.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Elizabeth Gerdes**, <br><br> Plaintiff, <br><br> v. <br><br> **Tri-City Healthcare District (A California Hospital District)**, and Does 1-10, Inclusive, <br><br> Defendants. | Case 3:18-cv-02510-L-RBB <br><br> **Stipulation to Dismiss** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(ii) |

1  TO THE COURT AND ALL INTERESTED PARTIES:

2      IT IS HEREBY STIPULATED by and between Plaintiff Elizabeth Gerdes and Defendant Tri-City Healthcare District that the above-referenced action is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side agrees to bear its own attorneys' fees and costs.

Dated: April 15, 2019

By:   s/ Michelle Uzeta
      Michelle Uzeta, Esq.
      Attorneys for Plaintiff

Dated: April 15, 2019   TRI-CITY HEALTHCARE DISTRICT

By:   s/ Amanda R. Abeln-Overs
      Amanda R. Abeln-Overs, Esq.
      Attorneys for Defendant

Stipulation to Dismiss

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures manual for the United States District Court of the Southern District of California, all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 15, 2019

By:   s/Michelle Uzeta
      Michelle Uzeta, Esq.
      Attorneys for Plaintiff